JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| APRIL E. DIGGS, | Case No. EDCV 15-2583 AG (KKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., ITS SUCCESSORS AND/OR ASSIGNS | |
| Defendants. | |

The Court enters Judgment in favor of Defendants and against Plaintiff.

Dated February 1, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT